IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-00410-04-CR-W-DW |
| ) | |
| EDWARD EARL SCOTT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Magistrate Judge Sarah W. Hays' Report and Recommendation finding Defendant Scott's competency has been restored so that he is now capable of assisting counsel in his defense. Counsel for the defendant has filed objections to the Report and Recommendation.

After making an independent review of the record and applicable law, the Court adopts the Report and Recommendation and finds that Defendant Scott has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

It is hereby ORDERED that:

(1) The Magistrate's Report and Recommendation is ADOPTED and shall be attached to and made part of this Order.

(2) Defendant Scott is competent to stand trial.

Date: March 11, 2009            /s/ Dean Whipple
                                Dean Whipple
                                United States District Judge